APPEAL No. 1096. NATALIE M. ANDERSON · v. ROBERT ANDERSON. Motion of appellee for stay of Order entered in Family Court on January 4, 1971 and for injunctive relief as prayed is denied without prejudice. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for plaintiff-appellee. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for defendant-appellant.

APPEAL No. 1266. FRANCIS C. AHERN *v.* MICHAEL W. LYNCH. Upon consideration of appellant's motion that truth of transcript and pleadings be established, the cause and papers are remanded to Superior Court for hearing on question of truth of the transcript. *Aram K. Berberian,* for plaintiff-appellant. *Robert C. Hogan,* Asst. City Solicitor, for defendant-appellee.